In The United States District Court
For The District of Massachusetts
Worcester Division

David Wattloden,
    Petitioner,

vs

Sally Johnson, M.D.
Medical Director
Federal Bureau of Prisons,
    Respondent.

**04-40182**

Supplemental Brief In Support of
Motion To Proceed In forma Pauperis

Comes Now the plaintiff David Wattloden, through pro se, hereby files this supplemental brief in support of motion to proceed in forma pauperis to argue that he is an involuntarily committed insanity acquittee and not a "prisoner" within the meaning of 28 U.S.C. Section 1915(a), or the Prison Litigation Reform Act. Therefore he does not have to establish his poverty by way of a prison account statement.

Wherefore, for the foregoing reasons Mr. Wattloden request that this Court should grant his motion to proceed in forma pauperis.

Respectfully submitted,

David Wattloden