In The United States District Court
For The District of Massachusetts
Worcester Division

David Wattleton
50260-019
                Petitioner,

    vs

                                    04-40182

Sally Johnson, M.D.,
Medical Director,
Federal Bureau of Prisons,
                Respondent.

Petition For Writ of Mandamus

COMES NOW, the petitioner, David Wattleton, through pro se, hereby files this mandamus petition requesting that this Court should enjoin the respondent to write a letter to the United States Attorney's Office and inform them of the discrepancies in his medical records pursuant to the Bureau of Prisons (BOP) Policy Statement 5800.07. Mr. Wattleton asserts that prison doctors have been made aware that the information that the district court relied upon to determine mental illness and dangerousness was false, misleading and exaggerated. However, although prison doctors have made corrections to Mr. Wattleton's medical records they have an obligation to write a letter to the United States Attorney's office and the government is required to address any discrepancies in the medical records and reply to Mr. Wattleton in writing to settle any disputes

— 1 —

2000

In Mr Wattleton's Forensic Report prison doctors stated that a judge in Wisconsin ordered Mr Wattleton to take psychothropic medication but he violated his probation by refusing treatment and was jailed. The report also stated that Mr Wattleton's mental disorder interferred with his occupational functioning and he could not hold a job for a period longer than six months for the past few years. And, the report states that Mr Wattleton refused Psychological testing during his evaluation at FMC Butner. Since these false accusations are easily provable and subsequently Mr. Wattleton's medical records have been changed to reflect the truth in these matters he believes that prison doctors are obligated pursuant to P.S. 5800.07 to write a letter to the U.S. Attorney to inform them of the changes to Mr Wattleton's medical records.

In conclusion, as Mr Wattleton has demonstrated that he has a clear and indisputable right to issuance of a writ of mandamus and there are no other adequate means available to remedy his situation he request an order from this Court enjoining the BOP to write a letter to the United States Attorney's office to inform them of the discrepancies in Mr Wattleton's medical records. The Purpose of this petition is to argue that it is the government's obligation and not the committing court who should settle the matter of the discrepancies in Mr Wattleton's medical records. He further argues that he has exhausted all of his administrative remedies on this matter and he will provide the court with a copy of the response as soon as Mr Wattleton's legal documents have been returned to him by the BOP.

-2-

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

                        (Do not write below this line)

DISPOSITION:




| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)         This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94

*Sensitive Limited Official Use Only*