IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID WATTLETON, §
§
    Plaintiff, §
§
vs. § Case No. 04-40182-JLT
§
SALLY JOHNSON, M.D., §
Medical Director, §
Federal Bureau of Prisons, §
§
    Defendant. §

Motion Requesting
Summary judgment

    COMES NOW, the plaintiff, David Wattleton, through pro se, hereby files this pleading in the district court requesting summary judgment pursuant to the Federal Rules of Civil Procedure Rule 56, against the defendant in the above captioned case. Mr. Wattleton believes that the defendant cannot and has not provided evidence or information so overwhelming there is no basis for a trial and specific factual findings. THerefore, he request that this court should grant his application to proceed informa pauperis in his petition for a writ of mandamus.

Dated: This _20_ day of _May_, 2005.

Respectfully submitted,

_[signature]_
David Wattleton