```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DAVID WATTLETON,                      )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )
                                      )    C.A. No. 04-40182-JLT
SALLY JOHNSON, M.D.,                  )
Medical Director,                     )
Federal Bureau of Prisons,            )
                                      )
        Defendant.                    )
```

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated September 6, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

September 8, 2005                           By the Court,

                                            /s/ Jeanette McGlamery
                                            Deputy Clerk